IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:10-793-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DELANO MARTELL JONES | ) | |
| _____ | ) | |

The defendant was sentenced by this court to a custodial term of 188 months and allowed to remain on bond pending designation of the institution of incarceration. The court has previously extended the designation and the current designation date is April 14, 2013.

It is not the court's intention to extend the reporting date any further, and defendant should make personal arrangements to report on the date indicated above at the appropriate correctional institution.

IT IS SO ORDERED.

April 8, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge